An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL V. MERRY,
Appellant,

vs.

K. WIDMAR, INVESTIGATOR FOR INVESTIGATORS GENERAL AT CENTRAL OFFICE FOR NDOC; LT. SENIOR CORRECTIONAL OFFICER JOHN HENLEY; HEARING DISCIPLINARY HEARING SERGEANT OFFICER EUGENE MURGIA; CORRECTIONS OFFICERS RODRIGUES; MECCA; VIRDARRI; ESCUDIA; LT. ARGUELLA; INMATES DAVID BARNHARTT; KEVIN PAME; MIKE MENESES (ALL LIVING IN SAME CELL AS PETITIONER); AND DUSTIN GONGAWARE, WHO LIVED IN SAME UNIT AS PETITIONER, BUT LIVED DOWN THE HALL FROM PETITIONER'S CELL,
Respondents.

No. 62816

**FILED**

MAY 2 4 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Appellant's April 12, 2013, motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_Pickering_____, C.J.

cc: Hon. James Todd Russell, District Judge
Daniel V. Merry
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15457